■ In the Matter of TROY F., a Child Alleged to be Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RICKIE E., Appellant. (Appeal No. 4.) [692 NYS2d 631] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Rosemary F.* ([appeal No. 1] 262 AD2d 1036 [decided herewith]). (Appeal from Order of Erie County Family Court, Dillon, J.—Order of Protection.) Present—Denman, P. J., Pine, Wisner, Hurlbutt and Callahan, JJ.